1  TANJA L. DARROW, Bar No. 175502
2  MATTHEW J. SHARBAUGH, Bar No. 260830
   LITTLER MENDELSON
3  A Professional Corporation
   2049 Century Park East, 5th Floor
4  Los Angeles, CA  90067.3107
   Telephone:  310.553.0308
5  Facsimile:   310.553.5583
   E-mail: tdarrow@littler.com,
6          msharbaugh@littler.com

7  Attorneys for Defendant
   SWIFT TRANSPORTATION CO.
8  OF ARIZONA, LLC (formerly known as
   SWIFT TRANSPORTATION CO., INC.)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL VENEGAS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SWIFT TRANSPORTATION CORPORATION dba ST SWIFT TRANSPORTATION CORPORATION, SWIFT TRANSPORTATION, INC., SWIFT TRANSPORTATION CO., INC.,<br><br>　　　　　Defendant. | Case No.  EDCV10-456 GAF (VBKx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE GARY A. FEESS<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed:  February 18, 2010<br>Trial Date:　　　　March 29, 2011 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

1  GOOD CAUSE APPEARING THEREFORE, it is HEREBY ORDERED
2  THAT that Parties' Stipulated Protective Order is hereby entered in its entirety as the
3  Order of this Court.
4
5  Dated: September 14, 2010
6  _____
                                    /s/
7                          HONORABLE VICTOR B. KENTON
                           United States Magistrate Judge

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1.

# Attachment A

# NONDISCLOSURE AGREEMENT

I, _____, do solemnly swear that I am fully familiar with the terms of the Stipulation and Protective Order entered in *LEONEL VENEGAS v. SWIFT TRANSPORTATION CORPORATION, et al.*, United States District Court for the Central District of California, Civil Action No. ED CV 10-456 GAF (VBKx), and hereby agree to comply with and be bound by the terms and conditions of said Order unless and until modified by further order of this Court. I hereby consent to the jurisdiction of said Court for purposes of enforcing this Protective Order.

Dated: _____

_____

Name:_____

Address:_____

_____

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1.